## MARSHALL v. RICHARDS.

*Appeal from Wapello District Court — Tuesday, January 23.*

### PRACTICE: NO EXCEPTIONS BELOW.

THE decision of the court was announced by —

LOWE, Ch. J. — This is a special proceeding, under § 3601 of the Revision, to determine and quiet the title to a certain tract of land described in the petition, tried as an ordinary action by the court, which resulted in a decision in favor of plaintiff, without any finding of fact by the court, or motion for a new trial, or other exception

taken to its ruling. In this condition of the record, no questions are reserved for our consideration, and the judgment will be

Affirmed.

*C. C. Nourse*, for the appellant—*Stiles & Hutchinson* (with *Hendershott & Burton*), for the appellee.